UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**DEMETRIUS BOYD,**
        **Plaintiff,**

  v.                                       Case No. 17-CV-422

**LORRIE IVERSON,**
        **Defendant.**

---

## ORDER

Lorrie Iverson, the defendant in this prisoner civil-rights case, moves to stay all deadlines pending a decision by the court on her motion to dismiss as a sanction against plaintiff for supposedly fabricating a discovery response. Having reviewed the filings, I see no reason to stay the case while that motion is pending. The parties should proceed, pursuant to the present dates and deadlines in this case, as ordered.

**IT IS ORDERED** that defendant's motion to stay (Docket No. 56) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 7th day of March, 2018.

                                                  s/Lynn Adelman
                                                  LYNN ADELMAN
                                                  District Judge